FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 26, 2023

_____

Christopher M. Wolpert
Clerk of Court

SEAN NEWBOLD,

    Plaintiff - Appellant,

v.

HEALTHEQUITY, INC.; JON KESSLER, in his official and individual capacity; LAURIE LEHMAN, in her official and individual capacity; PHILLIP TAYLOR, in his official and individual capacity,

    Defendants - Appellees.

No. 23-4043
(D.C. No. 2:22-CV-00412-TS)
(D. Utah)

_____

**ORDER**

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk